FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 09 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ________________ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

D. MATTHEW CONTI
Assistant United States Attorney
Arizona State Bar No. 021719
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: David.Conti@usdoj.gov
*Attorneys for Plaintiff*

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Alexis Saul Monter aka "El Uno" (Count 1, 2),

2. Noe Soto-Boyzo aka Edel Santos Acosta (Count 1-3),

Defendants.

No. CR-26-1065-PHX-DJH (ASB)

**INDICTMENT**

VIO: 21 U.S.C. § 846
(Conspiracy to Distribute Fentanyl)
Count 1

21 §§ 841(a)(1) and 841(b)(1)(A)(vi)
(Distribution of Fentanyl)
Count 2

21 §§ 841(a)(1) and 841(b)(1)(A)(vi)
(Possession with Intent to Distribute Fentanyl)
Count 3

18 U.S.C. §§ 981 and 982,
21 U.S.C. §§ 853 and 881, and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or between July 8, 2026 and August 26, 2026, in the District of Arizona and elsewhere, the defendants, ALEXIS SAUL MONTER (01) and NOE SOTO-BOYZO (02), did knowingly and intentionally combine, conspire, confederate and agree together and

with others known and unknown to the Grand Jury, to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2**

On or about July 8, 2026, in the District of Arizona, the defendants, ALEXIS SAUL MONTER (01) and NOE SOTO-BOYZO (02), did knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**COUNT 3**

On or about August 26, 2026, in the District of Arizona, the defendant, NOE SOTO-BOYZO (02) did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as Fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 3 of this Indictment, the defendants shall forfeit to the United States of America all right, title,

and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's/s' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: September 9, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

S/
D. MATTHEW CONTI
Assistant U.S. Attorney